UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXANDREA LENTINI,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>MCKESSON CORPORATION, et al.,<br><br>　　　　　　Defendants. | ) Case No. CV-10-0970 BZ<br>)<br>) Assigned to: Hon. Bernard Zimmerman<br>)<br>) [Proposed] ORDER RE JOINT MOTION<br>) FOR ADMINISTRATIVE RELIEF TO<br>) STAY ACTION PENDING TRANSFER<br>) TO MULTIDISTRICT PROCEEDINGS<br>)<br>)<br>) |

The Court, having fully considered the papers jointly submitted by the parties in connection with the Joint Motion for Administrative Relief To Stay Action Pending Transfer to Multidistrict Proceedings, and good cause appearing, HEREBY ORDERS that the above-captioned case is STAYED pending transfer to MDL-2100.

IT IS SO ORDERED.

Dated: 23 March 10

_____
UNITED STATES DISTRICT COURT JUDGE

---

[PROPOSED] ORDER RE MOTION FOR ADMINISTRATIVE RELIEF TO STAY ACTION
CASE NO. CV-10-0970 BZ